■ NEIL J. NORRY, Appellant, et al., Plaintiff, v DEBORAH RONNEN et al., Respondents.—Order unanimously affirmed,

with costs, for reasons stated in decision in Special Term, White, J. (Appeal from order of Supreme Court, Monroe County, White, J.—discovery.) Present—Dillon, P. J., Callahan, Doerr, Denman and Pine, JJ.